

**ORDERED in the Southern District of Florida on October 15, 2024.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No.: 24-13406-RAM

X AUTO IMPORT & EXPORT CORP;                                    Chapter 7

      Debtor.                                          /

**ORDER ESTABLISHING LIMITED**
**NOTICE PURSUANT TO BANKRUPTCY RULE 2002(h)**

THIS MATTER came before the Court on the *ex parte* motion by Jacqueline Calderin (the "Trustee") to establish limited notice pursuant to Bankruptcy Rule 2002(h) (the "Motion") [ECF#19]. The Court, having considered the Motion, and finding good cause therefore, does ORDER that:

1. The Motion is **GRANTED**.

2

      2.      Pursuant to Bankruptcy Rule 2002(h), matters in this case requiring notice pursuant to Bankruptcy Rule (2002)(a) shall be limited to:

    a. the Debtor;
    b. the trustee;
    c. all indenture trustees;
    d. creditors that hold claims for which proofs of claim have been filed; and
    e. creditors, if any, that are still permitted to file claims because an extension was granted under Rule 3002(c)(1) or (c)(2).

      3.      Notwithstanding the foregoing, the Trustee shall continue to provide notice, where required to the United States and its agencies via CM/ECF or U.S. Mail as required by Bankruptcy Rule 2002(j) and this Court's local rules, in addition to those parties and attorneys who have formally requested notice by filing with the court a notice of appearance or request for service of notices and papers in this case.

# # #

**Submitted by:**

**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
1825 Ponce de Leon Blvd, #358
Coral Gables, Florida 33134
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com


Copy to: Trustee Calderin, who is directed to serve a conforming copy herein upon all interested parties and file a certificate of service thereon.