

**ORDERED in the Southern District of Florida on February 5, 2025.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In Re:                                          Case No. 24-13406-BKC-RAM
                                                Chapter 7

X Auto Import & Export Corp,

_____ Debtor. /

### ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION
### FOR EMPLOYMENT OF SONEET R. KAPILA AND
### KAPILAMUKAMAL AS ACCOUNTANTS
### <u>*AS OF* JANUARY 28, 2025</u>

THIS CAUSE came before the Court upon the *Trustee's Ex Parte[1] Application for Employment of Soneet R. Kapila and KapilaMukamal As Accountants as of January 28, 2025* (the "Application") [ECF # 24 ].  The Court having reviewed the Application, being satisfied that said accounting firm (i) is qualified to act as accountants to the Trustee in this case; (ii) Affidavit of Accountant attached to the Application makes relevant disclosures as required by Fed.R.Bankr.P. 2014 and Fed.R.Bankr.P. 2016 demonstrating that Soneet R. Kapila, CPA, CFF,

---

1 Pursuant to Local Rule 9013-1(C)(3).

CIRA, CFE and KM represent no interest adverse to the Estate in the matters upon which it is to be engaged, as required by 11.U.S.C. § 327(a); (iii) that its employment is necessary and would be in the best interest of this Estate, (iv) that the said case justifies an accountant for the purposes specified, and (v) finds good and sufficient cause to grant the relief as set forth herein.

Accordingly, it is

**ORDERED AND ADJUDGED**, as follows:

1.      That Applicant is authorized to employ KapilaMukamal, a*s of* January 28, 2025, to prepare and file tax returns; to prepare tax projections and tax analysis; to represent the trustee as to other tax compliance matters, including dealing with the tax authorities, as deemed necessary; to serve as Trustee's general accountant and to consult with the trustee and her counsel as to those matters for this estate at a fee subject to court approval.

2.      That KapilaMukamal be empowered to act, through its officers and employees, for and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the Internal Revenue Service and the Florida Department of Revenue, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.

3.      That this Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein, in accordance with the applicable statutes and procedures.

### 

Filed By:

**Jacqueline Calderin, Trustee, shall furnish a conformed copy of this Order upon all parties listed below.**

Patrick L. Cordero, Esq., 7333 Coral Way, Miami, FL  33155
KapilaMukamal, 1000 S. Federal Highway, #200, Fort Lauderdale, FL  33316
United States Trustee's Office, 51 SW 1st Avenue, Room 1204, Miami, FL  33130