UNITED STATES BANKRUPTCY COURT
Southern District of Florida (Miami)

In re:

X Auto Import & Export Corp

*Debtor(s)*/

**Case No. 24-13406-RAM**
Chapter 7

## REQUEST FOR SERVICE

Creditor, Miami-Dade Office of the Tax Collector, through the Legal Services Division, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade Office of the Tax Collector in care of the Legal Services Division.

## CERTIFICATE OF SERVICE

**I hereby** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:

**Office of the Trustee:** Jacqueline Calderin, 1825 Ponce De Leon Blvd #358, Coral Gables, FL 33134, calderintrustee@gmail.com.

**Attorney for the Debtor:** Patrick L Cordero, Esq., 7333 Coral Way, Miami, FL 33155, ecfmail@pcorderolaw.com.

Dariel Fernandez, Tax Collector
Miami-Dade Office of the Tax Collector
Miami-Dade County, Florida
This 21st day of February 2025
By: /s/ Nikolas Rogers
TC Paralegal
Legal Services Division
200 NW 2ND Avenue, #430
Miami, FL 33128
OFFICE: **(305) 375-5313**
PHONE: **(305) 375-2119**
FAX **(305) 375-1134**
E-Mail:  NikolasRogers@mdctaxcollector.gov
            MDTCBKC@mdctaxcollector.gov