UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                   Case No. 24-13406-RAM

X AUTO IMPORT & EXPORT CORP.,

                                                   Chapter 7

        Debtor.

_____/

JACQUELINE CALDERIN AS CHAPTER 7
TRUSTEE,

        Plaintiff,                          Adv. Pro. No. _____

-vs-

RYAN D'AZA,

        Defendant.

_____/

## COMPLAINT

      COMES NOW, Plaintiff, JACQUELINE CALDERIN as Chapter 7 Trustee (hereinafter "Trustee") in the above-styled matter, and sues the Defendant, Ryan D'aza (hereinafter "D'aza", "Owner" or "Defendant"), and states the following in support hereof:

1.       X Auto Import & Export Corp. ("Debtor") filed a voluntary petition (the "Petition") under Chapter 7 of Title 11 of the United States Code on the 9th day of April 2024 (the "Petition Date"), commencing Bankruptcy Case No. 24-13406-RAM (the "Bankruptcy Case").

2.       The Trustee, Plaintiff herein, is the duly-appointed and permanent Chapter 7 Trustee in the Bankruptcy Case.

3.       This Court has jurisdiction over this matter, venue is proper in this Court and all parties hereto are *sui juris*.

4. Rayan D'aza ("Owner") was the sole owner of the Debtor, and has been since its commencement of operations in April,2015.

5. At all times material, Debtor owed no debt or obligation to the Owner.

6. During the time of the sued-upon transfers (*see infra*), the Debtor was also paying for Owner's and his respective family members' personal expenses, such as mortgage payments, car insurance, and credit card bills---all while Debtor received no consideration of any kind in return for these payments.

7. Prepetition, the Debtor wrongfully paid or transferred the sum of $10,400.00 to the Owner (the "**Preference Transfers**") within ninety (90) days preceding the Petition Date from January 12th, 2024, through March 19th, 2024, as identified on Exhibit "1" hereto.

8. The Debtor wrongfully paid or transferred to the Defendant no less than the sum of $173,465.08 (as identified on Exhibit "2" hereto) (the "**Two-Year Transfers")** which includes transfers or payments made directly to Owner as well as to third parties for their benefit, such as: Henry Deaza (owner's brother), and Capital One (as identified on the attached Exhibit 2 hereto).

9. Further, Debtor wrongfully paid or transferred to the Defendant, within four (4) years pre-petition, no less than the sum of $276,726.44 (as identified on Exhibit "3" hereto) (the "**Four-Year Transfers")** which includes transfers or payments made directly to Owner as well as to third parties for Owner's benefit, such as: Henry Deaza (owner's brother), and Capital One (as identified on the attached Exhibit 3 hereto.

10. Debtor was insolvent at all times material in regard to each of the sued-upon transfers, as the Debtor: a) was not paying its debts as they generally came due at the time of each of the sued-upon transfers; b) had pre-existing debts; and, otherwise had liabilities which exceeded the true value of its assets.

11. Furthermore, at all times material, Debtor had pre-existing debts owed to creditors prior to each of the aforesaid sued-upon transfers, including, but not limited to, the following:

  a. NextGear Capital, Inc was owed, on loan account ending 6027, the sum of $80,525.10, for debt incurred on or about March 26th, 2019;

  b. First Bank d/b/a CarBucks Floor Plan was owed the sum of $8,753.31 for debt incurred on or about August 28th, 2020;

  c. Axle Funding LLC, was owed, on loan account ending 8269, the sum of $31,936.08 for debt incurred on or about July 27th, 2021; and,

  d. Wells Fargo Bank was owed, on loan account ending 4552, the sum of $103,469.60 for debt incurred on or about April 26th, 2019.

12. The *transfers* identified herein were payments made for the benefit of third parties in exchange for less than reasonably equivalent value to the Debtor.

13. The sued-upon transfers were not for an obligation or debt of the Debtor, nor payment of an obligation the Debtor owed the Defendant.

## COUNT I – PREFERENTIAL TRANSFERS (11 U.S.C. § 547)

14. Trustee Dillworth re-alleges the allegations set forth in paragraphs 1 thru 4, 6, 7,10 and 11.

15. The transfers identified on Exhibit "1" (attached hereto) from January 12th, 2024, through March 19th, 2024, totaling the sum of $10,400.00, constituting the **Preference Transfers**, were made by Debtor to the Defendant on said dates and in said sums indicated therein.

16. Each of the **Preference Transfers** were to or for the benefit of a creditor, Defendant, of the Debtor, for or on account of an antecedent

debt owed by the Debtor before such transfers were made, and made while the Debtor was insolvent, on or within ninety (90) days before the date of the filing of the Debtor's bankruptcy petition to an insider, and such transfers enabled Defendant to receive more than Defendant would have received if, at the time of the transfers there was a case pending under Chapter 7 and the transfers had not been made and Defendant had received payment of its debts to the extent provided by Title 11 of the United States Code.

17.     At all times material, Debtor was insolvent.

18.     The Trustee is entitled to recover the monies transferred and identified as the **Preference Transfers**, plus pre-judgment interest thereon.

**WHEREFORE**, the Trustee demands pursuant to 11 U.S.C. Sec.'s 544, 547, 550, and 551) judgment in his favor awarding Trustee the recovery of the **Preference Transfers** or value thereof, plus pre- and post-judgment interest, and such other relief that this Court deems equitable and just.

## COUNT II – FRAUDULENT TRANSFERS (11 U.S.C. Sec. 548(a)(1)(B))

19.     Paragraphs 1 through 6, 8, and 10 through 13 are herein re-averred and re-alleged.

20.     The **Two-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred by Debtor within two years before the Petition Date.

21.     The Debtor received less than reasonably equivalent value in exchange for the **Two-Year Transfers**; and, the Debtor:

   a.   was insolvent on the dates of the said **Two-Year Transfers**, or became insolvent as a result of such **Two-Year Transfers**;

     b.     was engaged in business or a transaction, or was about to engage in business in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital; or,

     c.     intended to incur, or believed that the Debtor would incur, debts that would be beyond the Debtor's ability to pay such debts as they matured.

22.     The Trustee is entitled to recover the **Two-Year Transfers**, plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 548, 550 and 551) judgment in the Trustee's favor avoiding the **Two-Year Transfers**, awarding the Trustee recovery of the **Two-Year Transfers** or value thereof, pre-and post-judgment interest, and such other relief that this Court deems equitable and just.

### COUNT III – FRAUDULENT TRANSFERS (Fla. Stat. Sec. 726.106(1))

23.     Paragraphs 1 through 6 and 9 through 13 are herein re-averred and re-alleged.

24.     The **Four-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred within four years before the Petition Date.

25.     The Debtor received less than reasonably equivalent value in exchange for each of such **Four-Year Transfers**.

26.     At the time of each of the **Four-Year Transfers**, the Debtor had creditors whose claims arose prior to the **Four-Year Transfers**.

27.     Debtor was insolvent at the time of each of the sued-upon **Four-Year Transfers** or became insolvent at the time of each of the sued-upon **Four-Year Transfers**.

28.     The Trustee is entitled to avoid and recover these **Four-Year Transfers** plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 550, and 551; and, Fla. Stat. Ch. 726) judgment in the Trustee's favor avoiding the **Four-Year Transfers**, awarding the Trustee the recovery of the **Four-Year Transfers** or value thereof, plus pre-and post-judgment interest, and such other relief which this Court deems equitable and just.

## COUNT IV – FRAUDULENT TRANSFERS (Fla. Stat. Sec. 726.105(1)(b))

29. Paragraphs 1 through 6 and 9 through 13 are herein re-averred and re-alleged.

30. The **Four-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred before the Petition Date.

31. Claims of creditors of the Debtor arose prior to and after the **Four-Year Transfers** being made by the Debtor to Defendant.

32. Each of the **Four-Year Transfers** were made without the Debtor having received reasonably equivalent value in exchange for each of the **Four-Year Transfers**, and the Debtor:

     a. was engaged or was about to engage in a business or a transaction for which the remaining assets of the Debtor were unreasonably small in relation to the business or transaction; or

     b. intended to incur, or believed or reasonably should have believed that Debtor would incur, debts beyond Debtor's ability to pay as they became due.

33. The Trustee is entitled to avoid and recover these **Four-Year Transfers**, plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 550, and 551; and Fla. Stat. Ch. 726) judgment in the Trustee's favor avoiding the **Four-Year Transfers,** awarding the Trustee the recovery of the **Four-Year Transfers** or value

thereof plus pre-and post-judgment interest, and such other relief which this Court deems equitable and just.

## COUNT V—UNJUST ENRICHMENT

34. Paragraphs 1 through 6 and 9 through 13 are herein re-averred and re-alleged.

35. Debtor conferred a benefit on Defendant by virtue of the **Four-Year Transfer.**

36. Defendant voluntarily accepted and retained the benefits conferred, which were the **Four-Year Transfers**.

37. The circumstances render Defendant's retention of each of the **Four-Year Transfers**, which was the benefit conferred on them by Debtor, inequitable unless Defendant pays Debtor the value of the **Four-Year Transfers**.

38. Among the reasons it would not be equitable for Defendant to retain the **Four-Year Transfers** are: Debtor never owed anything to Defendant; Debtor obtained no benefit from the **Four-Year Transfers**; the legitimate creditors of the Debtor did not receive the benefit of the **Four-Year Transfers**; it would now be cost-prohibitive for the creditors to sue and recover the **Four-Year Transfers**; and, the instant Defendant should recover from the true parties who owed/used said monies, not the Debtor.

39. Defendant was unjustly enriched by virtue of the **Four-Year Transfers**.

WHEREFORE, the Trustee respectfully requests the Court to enter a Judgment in favor of the Trustee: A) granting money damages in the amount of the **Four-Year Transfers**, for the benefit of Debtor's bankruptcy estate, plus pre-and post-judgment interest, and reasonable attorneys' fees and expenses, to the extent permissible by applicable law; and, B) granting such other and further relief as may be equitable and just.

Respectfully submitted,

JAMES B. MILLER, P.A.
Trustee's/Plaintiff's Counsel
19 West Flagler Street, Suite 416
Miami, Florida 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
jbm@title11law.com

By: _____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

By: _____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 00091

# Exhibit "1" (Preference Transfers)

| WD[1] | | Date | Amount | From Acct#[2] |
|---|---|---|---|---|
| 1 | WD | 3/19/2024 | $700.00 | WF-8956 |
| 2 | WD | 3/18/2024 | $2,000.00 | WF-8956 |
| 3 | WD | 3/18/2024 | $500.00 | WF-8956 |
| 4 | WD | 1/24/2024 | $500.00 | WF-8956 |
| 5 | WD | 1/16/2024 | $3,300.00 | WF-8956 |
| 6 | WD | 1/16/2024 | $900.00 | WF-8956 |
| 7 | WD | 1/12/2024 | $2,500.00 | WF-8956 |
| | | **90-Day Transfers** | **$10,400.00** | |

---

[1] "WD" refers to Withdrawal payments out of Debtor's account(s).
[2] "WF-8956" refers to Debtor's bank account at Wells Fargo Bank, Account No. 5456548956.

# Exhibit "2" (Two-Year Transfers)

| WD/Zelle Check No.[3] | | Date | Amount | From Acct#[4] |
|---|---|---|---|---|
| 1 | WD | 3/19/2024 | $700.00 | WF-8956 |
| 2 | WD | 3/18/2024 | $2,000.00 | WF-8956 |
| 3 | WD | 3/18/2024 | $500.00 | WF-8956 |
| 4 | WD | 1/24/2024 | $500.00 | WF-8956 |
| 5 | WD | 1/16/2024 | $3,300.00 | WF-8956 |
| 6 | WD | 1/16/2024 | $900.00 | WF-8956 |
| 7 | WD | 1/12/2024 | $2,500.00 | WF-8956 |
| 8 | WD | 12/26/2023 | $1,800.00 | WF-8956 |
| 9 | WD | 12/26/2023 | $1,800.00 | WF-8956 |
| 10 | WD | 12/21/2023 | $2,500.00 | WF-8956 |
| 11 | WD | 12/21/2023 | $2,500.00 | WF-8956 |
| 12 | WD | 12/18/2023 | $3,000.00 | WF-8956 |
| 13 | WD | 12/18/2023 | $3,000.00 | WF-8956 |
| 14 | WD | 12/4/2023 | $506.95 | WF-0191 |
| 15 | WD | 12/4/2023 | $1,000.00 | WF-8956 |
| 16 | WD | 11/30/2023 | $2,000.00 | WF-0191 |
| 17 | WD | 11/30/2023 | $2,000.00 | WF-0191 |
| 18 | WD | 11/10/2023 | $500.00 | WF-0191 |
| 19 | WD | 11/10/2023 | $500.00 | WF-0191 |
| 20 | WD | 11/6/2023 | $500.00 | WF-0191 |
| 21 | WD | 11/6/2023 | $500.00 | WF-0191 |
| 22 | WD | 11/1/2023 | $506.95 | WF-0191 |
| 23 | WD | 11/1/2023 | $306.95 | WF-0191 |
| 24 | WD | 11/1/2023 | $506.95 | WF-0191 |
| 25 | 1730 | 10/26/2023 | $1,500.00 | WF-0191 |
| 26 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 27 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 28 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 29 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 30 | WD | 10/23/2023 | $506.95 | WF-0191 |

[3] "WD and Zelle" refers to Withdrawal and Zelle payments out of Debtor's account(s); and Check No. refers to Checks written out of Debtor's account(s).

[4] "WF-0191" refers to Debtor's bank account at Wells Fargo Bank, Account No. 3787360191; and "WF-8956" refers to Debtor's bank account at Wells Fargo Bank, Account No. 5456548956.

| 31 | WD | 10/23/2023 | $506.95 | WF-0191 |
|---|---|---|---|---|
| 32 | 1716 | 9/26/2023 | $1,500.00 | WF-0191 |
| 33 | WD | 9/25/2023 | $506.95 | WF-0191 |
| 34 | WD | 9/21/2023 | $506.95 | WF-0191 |
| 35 | WD | 9/21/2023 | $500.00 | WF-0191 |
| 36 | WD | 9/11/2023 | $506.95 | WF-0191 |
| 37 | WD | 9/5/2023 | $500.00 | WF-0191 |
| 38 | WD | 9/5/2023 | $506.95 | WF-0191 |
| 39 | 1699 | 9/2/2023 | $300.00 | WF-0191 |
| 40 | WD | 8/28/2023 | $700.00 | WF-0191 |
| 41 | WD | 8/28/2023 | $506.95 | WF-0191 |
| 42 | WD | 8/24/2023 | $506.95 | WF-0191 |
| 43 | WD | 8/21/2023 | $506.95 | WF-0191 |
| 44 | 1689 | 8/21/2023 | $1,500.00 | WF-0191 |
| 45 | WD | 8/10/2023 | $506.95 | WF-0191 |
| 46 | WD | 8/10/2023 | $2,700.00 | WF-0191 |
| 47 | WD | 8/9/2023 | $500.00 | WF-0191 |
| 48 | 1678 | 7/28/2023 | $500.00 | WF-0191 |
| 49 | WD | 7/27/2023 | $300.00 | WF-0191 |
| 50 | WD | 7/24/2023 | $1,000.00 | WF-0191 |
| 51 | WD | 7/24/2023 | $506.95 | WF-0191 |
| 52 | WD | 7/24/2023 | $150.00 | WF-0191 |
| 53 | WD | 7/21/2023 | $500.00 | WF-0191 |
| 54 | 1218 | 7/20/2023 | $1,500.00 | WF-0191 |
| 55 | WD | 7/10/2023 | $506.95 | WF-0191 |
| 56 | WD | 7/10/2023 | $506.95 | WF-0191 |
| 57 | WD | 7/5/2023 | $1,006.95 | WF-0191 |
| 58 | WD | 7/3/2023 | $1,006.95 | WF-0191 |
| 59 | WD | 6/30/2023 | $600.00 | WF-0191 |
| 60 | WD | 6/29/2023 | $150.00 | WF-0191 |
| 61 | 1667 | 6/29/2023 | $500.00 | WF-0191 |
| 62 | WD | 6/20/2023 | $506.95 | WF-0191 |
| 63 | WD | 6/20/2023 | $506.95 | WF-0191 |
| 64 | WD | 6/20/2023 | $506.95 | WF-0191 |
| 65 | WD | 6/5/2023 | $506.95 | WF-0191 |
| 66 | WD | 6/5/2023 | $506.95 | WF-0191 |
| 67 | 1215 | 5/31/2023 | $1,500.00 | WF-0191 |
| 68 | WD | 5/30/2023 | $700.00 | WF-0191 |
| 69 | WD | 5/23/2023 | $600.00 | WF-0191 |
| 70 | 1440 | 5/15/2023 | $500.00 | WF-0191 |
| 71 | WD | 5/10/2023 | $500.00 | WF-0191 |
| 72 | 1455 | 5/2/2023 | $500.00 | WF-0191 |
| 73 | WD | 5/1/2023 | $506.95 | WF-0191 |
| 74 | WD | 5/1/2023 | $506.95 | WF-0191 |

| 75 | WD | 5/1/2023 | $506.95 | WF-0191 |
|---|---|---|---|---|
| 76 | WD | 5/1/2023 | $500.00 | WF-0191 |
| 77 | WD | 5/1/2023 | $206.95 | WF-0191 |
| 78 | WD | 5/1/2023 | $206.95 | WF-0191 |
| 79 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 80 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 81 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 82 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 83 | 1214 | 4/23/2023 | $1,500.00 | WF-0191 |
| 84 | WD | 4/14/2023 | $506.95 | WF-0191 |
| 85 | WD | 4/14/2023 | $1,006.95 | WF-0191 |
| 86 | WD | 4/10/2023 | $506.95 | WF-0191 |
| 87 | WD | 4/7/2023 | $506.95 | WF-0191 |
| 88 | Zelle | 3/31/2023 | $500.00 | WF-0191 |
| 89 | Zelle | 3/31/2023 | $500.00 | WF-0191 |
| 90 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 91 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 92 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 93 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 94 | Zelle | 3/27/2023 | $500.00 | WF-0191 |
| 95 | WD | 3/20/2023 | $506.95 | WF-0191 |
| 96 | WD | 3/13/2023 | $506.95 | WF-0191 |
| 97 | WD | 3/13/2023 | $506.95 | WF-0191 |
| 98 | WD | 3/13/2023 | $506.95 | WF-0191 |
| 99 | WD | 3/10/2023 | $500.00 | WF-0191 |
| 100 | Zelle | 3/10/2023 | $200.00 | WF-8956 |
| 101 | WD | 3/8/2023 | $200.00 | WF-0191 |
| 102 | 1588 | 3/8/2023 | $1,500.00 | WF-0191 |
| 103 | Zelle | 3/2/2023 | $150.00 | WF-0191 |
| 104 | Zelle | 3/1/2023 | $100.00 | WF-0191 |
| 105 | WD | 2/27/2023 | $506.95 | WF-0191 |
| 106 | WD | 2/27/2023 | $506.95 | WF-0191 |
| 107 | Zelle | 2/27/2023 | $200.00 | WF-0191 |
| 108 | Zelle | 2/13/2023 | $1,000.00 | WF-0191 |
| 109 | WD | 2/12/2023 | $506.95 | WF-0191 |
| 110 | WD | 2/10/2023 | $506.95 | WF-0191 |
| 111 | WD | 2/10/2023 | $506.95 | WF-0191 |
| 112 | WD | 2/6/2023 | $506.95 | WF-0191 |
| 113 | WD | 2/2/2023 | $506.95 | WF-0191 |
| 114 | WD | 1/30/2023 | $500.00 | WF-0191 |
| 115 | WD | 1/30/2023 | $500.00 | WF-0191 |
| 116 | WD | 1/30/2023 | $506.95 | WF-0191 |
| 117 | WD | 1/30/2023 | $506.95 | WF-0191 |
| 118 | 1569 | 1/30/2023 | $1,500.00 | WF-0191 |

| 119 | Zelle | 1/30/2023 | $300.00 | WF-0191 |
|---|---|---|---|---|
| 120 | WD | 1/26/2023 | $506.95 | WF-0191 |
| 121 | 1716 | 1/18/2023 | $1,100.00 | WF-0191 |
| 122 | WD | 1/17/2023 | $2,000.00 | WF-0191 |
| 123 | 1699 | 1/13/2023 | $300.00 | WF-0191 |
| 124 | WD | 1/9/2023 | $506.95 | WF-0191 |
| 125 | WD | 1/6/2023 | $506.95 | WF-0191 |
| 126 | WD | 1/6/2023 | $506.95 | WF-0191 |
| 127 | 1554 | 12/31/2022 | $1,500.00 | WF-0191 |
| 128 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 129 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 130 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 131 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 132 | WD | 12/6/2022 | $6,300.00 | WF-0191 |
| 133 | WD | 11/28/2022 | $506.95 | WF-0191 |
| 134 | WD | 11/28/2022 | $506.95 | WF-0191 |
| 135 | WD | 11/25/2022 | $506.95 | WF-0191 |
| 136 | WD | 11/16/2022 | $300.00 | WF-0191 |
| 137 | WD | 10/31/2022 | $506.95 | WF-0191 |
| 138 | WD | 10/24/2022 | $506.95 | WF-0191 |
| 139 | WD | 10/24/2022 | $506.95 | WF-0191 |
| 140 | WD | 10/24/2022 | $106.95 | WF-0191 |
| 141 | WD | 10/24/2022 | $150.00 | WF-0191 |
| 142 | WD | 10/14/2022 | $506.95 | WF-0191 |
| 143 | WD | 10/11/2022 | $506.95 | WF-0191 |
| 144 | 1522 | 10/8/2022 | $1,500.00 | WF-0191 |
| 145 | WD | 10/7/2022 | $506.95 | WF-0191 |
| 146 | WD | 10/7/2022 | $506.95 | WF-0191 |
| 147 | WD | 10/3/2022 | $506.95 | WF-0191 |
| 148 | WD | 10/3/2022 | $506.95 | WF-0191 |
| 149 | WD | 9/19/2022 | $506.95 | WF-0191 |
| 150 | WD | 9/12/2022 | $506.95 | WF-0191 |
| 151 | WD | 8/29/2022 | $506.95 | WF-0191 |
| 152 | WD | 8/22/2022 | $506.95 | WF-0191 |
| 153 | Zelle | 8/22/2022 | $500.00 | WF-0191 |
| 154 | WD | 8/19/2022 | $500.00 | WF-0191 |
| 155 | Zelle | 8/15/2022 | $500.00 | WF-0191 |
| 156 | WD | 8/8/2022 | $500.00 | WF-0191 |
| 157 | WD | 8/5/2022 | $1,006.95 | WF-0191 |
| 158 | Zelle | 7/28/2022 | $500.00 | WF-0191 |
| 159 | WD | 7/21/2022 | $506.95 | WF-0191 |
| 160 | WD | 7/21/2022 | $506.95 | WF-0191 |
| 161 | WD | 7/18/2022 | $506.95 | WF-0191 |
| 162 | 1455 | 6/29/2022 | $4,000.00 | WF-0191 |

| | | | | |
|---|---|---|---|---|
| 163 | WD | 6/27/2022 | $500.00 | WF-0191 |
| 164 | Zelle | 6/21/2022 | $1,000.00 | WF-0191 |
| 165 | Zelle | 6/13/2022 | $1,500.00 | WF-0191 |
| 166 | WD | 6/10/2022 | $506.95 | WF-0191 |
| 167 | Zelle | 6/7/2022 | $1,000.00 | WF-0191 |
| 168 | WD | 6/6/2022 | $1,006.95 | WF-0191 |
| 169 | WD | 6/6/2022 | $506.95 | WF-0191 |
| 170 | 1440 | 5/31/2022 | $1,500.00 | WF-0191 |
| 171 | Zelle | 5/25/2022 | $1,500.00 | WF-0191 |
| 172 | Zelle | 5/13/2022 | $500.00 | WF-0191 |
| 173 | Zelle | 5/12/2022 | $1,500.00 | WF-0191 |
| 174 | WD | 5/9/2022 | $500.00 | WF-0191 |
| 175 | WD | 5/2/2022 | $1,000.00 | WF-0191 |

**2-Year Total   $138,425.50**

## Henry Deaza

| | Elec[5] | Date | Amount | From Acct#[6] |
|---|---|---|---|---|
| 1 | Elec | 12/14/2023 | $10,000.00 | WF-8956 |

## Capital One

| | Elec[7] | Date | Amount | From Acct#[8] |
|---|---|---|---|---|
| 1 | Elec | 11/10/2023 | $551.00 | WF-0191 |
| 2 | Elec | 10/10/2023 | $541.00 | WF-0191 |
| 3 | Elec | 9/11/2023 | $569.00 | WF-0191 |
| 4 | Elec | 8/10/2023 | $516.00 | WF-0191 |
| 5 | Elec | 7/10/2023 | $408.00 | WF-0191 |
| 6 | Elec | 6/12/2023 | $331.00 | WF-0191 |

---

[5] "Elec" refers to electronic payments from Debtor's account(s).
[6] "WF-8956" refers to Debtor's bank account at Wells Fargo Bank, Account No. 5456548956.

[7] "Elec" refers to electronic payments from Debtor's account(s).
[8] "WF-0191" refers to Debtor's bank account at Wells Fargo Bank, Account No. 3787360191.

| 7 | Elec | 5/10/2023 | $268.00 | WF-0191 |
| 8 | Elec | 4/10/2023 | $207.00 | WF-0191 |
| 9 | Elec | 3/10/2023 | $96.00 | WF-0191 |
| 10 | Elec | 2/10/2023 | $178.00 | WF-0191 |
| 11 | Elec | 1/13/2023 | $8,000.00 | WF-0191 |
| 12 | Elec | 1/11/2023 | $263.00 | WF-0191 |
| 13 | Elec | 12/12/2022 | $246.00 | WF-0191 |
| 14 | Elec | 11/14/2022 | $236.00 | WF-0191 |
| 15 | Elec | 10/11/2022 | $172.00 | WF-0191 |
| 16 | Elec | 9/12/2022 | $113.00 | WF-0191 |
| 17 | Elec | 8/11/2022 | $130.00 | WF-0191 |
| 18 | Elec | 7/18/2022 | $5,411.05 | WF-0191 |
| 19 | Elec | 7/12/2022 | $131.00 | WF-0191 |
| 20 | Elec | 6/13/2022 | $159.00 | WF-0191 |
| 21 | Elec | 5/16/2022 | $6,779.53 | WF-0191 |
| 22 | Elec | 5/11/2022 | $141.00 | WF-0191 |
| 23 | Elec | 4/12/2022 | $93.00 | WF-0191 |

**2-Year Total**    **$25,539.58**

# Exhibit "3" (Four-Year Transfers)

| | Elec/Zelle/WD/Check No.[9] | Date | Amount | From Acct#[10] |
|---|---|---|---|---|
| 1 | WD | 3/19/2024 | $700.00 | WF-8956 |
| 2 | WD | 3/18/2024 | $2,000.00 | WF-8956 |
| 3 | WD | 3/18/2024 | $500.00 | WF-8956 |
| 4 | WD | 1/24/2024 | $500.00 | WF-8956 |
| 5 | WD | 1/16/2024 | $3,300.00 | WF-8956 |
| 6 | WD | 1/16/2024 | $900.00 | WF-8956 |
| 7 | WD | 1/12/2024 | $2,500.00 | WF-8956 |
| 8 | WD | 12/26/2023 | $1,800.00 | WF-8956 |
| 9 | WD | 12/26/2023 | $1,800.00 | WF-8956 |
| 10 | WD | 12/21/2023 | $2,500.00 | WF-8956 |
| 11 | WD | 12/21/2023 | $2,500.00 | WF-8956 |
| 12 | WD | 12/18/2023 | $3,000.00 | WF-8956 |
| 13 | WD | 12/18/2023 | $3,000.00 | WF-8956 |
| 14 | WD | 12/4/2023 | $506.95 | WF-0191 |
| 15 | WD | 12/4/2023 | $1,000.00 | WF-8956 |
| 16 | WD | 11/30/2023 | $2,000.00 | WF-0191 |
| 17 | WD | 11/30/2023 | $2,000.00 | WF-0191 |
| 18 | WD | 11/10/2023 | $500.00 | WF-0191 |
| 19 | WD | 11/10/2023 | $500.00 | WF-0191 |
| 20 | WD | 11/6/2023 | $500.00 | WF-0191 |
| 21 | WD | 11/6/2023 | $500.00 | WF-0191 |
| 22 | WD | 11/1/2023 | $506.95 | WF-0191 |
| 23 | WD | 11/1/2023 | $306.95 | WF-0191 |
| 24 | WD | 11/1/2023 | $506.95 | WF-0191 |
| 25 | 1730 | 10/26/2023 | $1,500.00 | WF-0191 |
| 26 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 27 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 28 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 29 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 30 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 31 | WD | 10/23/2023 | $506.95 | WF-0191 |
| 32 | 1716 | 9/26/2023 | $1,500.00 | WF-0191 |
| 33 | WD | 9/25/2023 | $506.95 | WF-0191 |
| 34 | WD | 9/21/2023 | $506.95 | WF-0191 |

---

[9] "WD and Zelle" refers to Withdrawal and Zelle payments out of Debtor's account(s); and Check No. refers to Checks written out of Debtor's account(s).

[10] "WF-0191" refers to Debtor's bank account at Wells Fargo Bank, Account No. 3787360191; and "WF-8956" refers to Debtor's bank account at Wells Fargo Bank, Account No. 5456548956.

| 35 | WD | 9/21/2023 | $500.00 | WF-0191 |
|---|---|---|---|---|
| 36 | WD | 9/11/2023 | $506.95 | WF-0191 |
| 37 | WD | 9/5/2023 | $500.00 | WF-0191 |
| 38 | WD | 9/5/2023 | $506.95 | WF-0191 |
| 39 | 1699 | 9/2/2023 | $300.00 | WF-0191 |
| 40 | WD | 8/28/2023 | $700.00 | WF-0191 |
| 41 | WD | 8/28/2023 | $506.95 | WF-0191 |
| 42 | WD | 8/24/2023 | $506.95 | WF-0191 |
| 43 | WD | 8/21/2023 | $506.95 | WF-0191 |
| 44 | 1689 | 8/21/2023 | $1,500.00 | WF-0191 |
| 45 | WD | 8/10/2023 | $506.95 | WF-0191 |
| 46 | WD | 8/10/2023 | $2,700.00 | WF-0191 |
| 47 | WD | 8/9/2023 | $500.00 | WF-0191 |
| 48 | 1678 | 7/28/2023 | $500.00 | WF-0191 |
| 49 | WD | 7/27/2023 | $300.00 | WF-0191 |
| 50 | WD | 7/24/2023 | $1,000.00 | WF-0191 |
| 51 | WD | 7/24/2023 | $506.95 | WF-0191 |
| 52 | WD | 7/24/2023 | $150.00 | WF-0191 |
| 53 | WD | 7/21/2023 | $500.00 | WF-0191 |
| 54 | 1218 | 7/20/2023 | $1,500.00 | WF-0191 |
| 55 | WD | 7/10/2023 | $506.95 | WF-0191 |
| 56 | WD | 7/10/2023 | $506.95 | WF-0191 |
| 57 | WD | 7/5/2023 | $1,006.95 | WF-0191 |
| 58 | WD | 7/3/2023 | $1,006.95 | WF-0191 |
| 59 | WD | 6/30/2023 | $600.00 | WF-0191 |
| 60 | WD | 6/29/2023 | $150.00 | WF-0191 |
| 61 | 1667 | 6/29/2023 | $500.00 | WF-0191 |
| 62 | WD | 6/20/2023 | $506.95 | WF-0191 |
| 63 | WD | 6/20/2023 | $506.95 | WF-0191 |
| 64 | WD | 6/20/2023 | $506.95 | WF-0191 |
| 65 | WD | 6/5/2023 | $506.95 | WF-0191 |
| 66 | WD | 6/5/2023 | $506.95 | WF-0191 |
| 67 | 1215 | 5/31/2023 | $1,500.00 | WF-0191 |
| 68 | WD | 5/30/2023 | $700.00 | WF-0191 |
| 69 | WD | 5/23/2023 | $600.00 | WF-0191 |
| 70 | 1440 | 5/15/2023 | $500.00 | WF-0191 |
| 71 | WD | 5/10/2023 | $500.00 | WF-0191 |
| 72 | 1455 | 5/2/2023 | $500.00 | WF-0191 |
| 73 | WD | 5/1/2023 | $506.95 | WF-0191 |
| 74 | WD | 5/1/2023 | $506.95 | WF-0191 |
| 75 | WD | 5/1/2023 | $506.95 | WF-0191 |
| 76 | WD | 5/1/2023 | $500.00 | WF-0191 |
| 77 | WD | 5/1/2023 | $206.95 | WF-0191 |
| 78 | WD | 5/1/2023 | $206.95 | WF-0191 |

| 79 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 80 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 81 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 82 | WD | 4/24/2023 | $506.95 | WF-0191 |
| 83 | 1214 | 4/23/2023 | $1,500.00 | WF-0191 |
| 84 | WD | 4/14/2023 | $506.95 | WF-0191 |
| 85 | WD | 4/14/2023 | $1,006.95 | WF-0191 |
| 86 | WD | 4/10/2023 | $506.95 | WF-0191 |
| 87 | WD | 4/7/2023 | $506.95 | WF-0191 |
| 88 | Zelle | 3/31/2023 | $500.00 | WF-0191 |
| 89 | Zelle | 3/31/2023 | $500.00 | WF-0191 |
| 90 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 91 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 92 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 93 | WD | 3/27/2023 | $506.95 | WF-0191 |
| 94 | Zelle | 3/27/2023 | $500.00 | WF-0191 |
| 95 | WD | 3/20/2023 | $506.95 | WF-0191 |
| 96 | WD | 3/13/2023 | $506.95 | WF-0191 |
| 97 | WD | 3/13/2023 | $506.95 | WF-0191 |
| 98 | WD | 3/13/2023 | $506.95 | WF-0191 |
| 99 | WD | 3/10/2023 | $500.00 | WF-0191 |
| 100 | Zelle | 3/10/2023 | $200.00 | WF-8956 |
| 101 | WD | 3/8/2023 | $200.00 | WF-0191 |
| 102 | 1588 | 3/8/2023 | $1,500.00 | WF-0191 |
| 103 | Zelle | 3/2/2023 | $150.00 | WF-0191 |
| 104 | Zelle | 3/1/2023 | $100.00 | WF-0191 |
| 105 | WD | 2/27/2023 | $506.95 | WF-0191 |
| 106 | WD | 2/27/2023 | $506.95 | WF-0191 |
| 107 | Zelle | 2/27/2023 | $200.00 | WF-0191 |
| 108 | Zelle | 2/13/2023 | $1,000.00 | WF-0191 |
| 109 | WD | 2/12/2023 | $506.95 | WF-0191 |
| 110 | WD | 2/10/2023 | $506.95 | WF-0191 |
| 111 | WD | 2/10/2023 | $506.95 | WF-0191 |
| 112 | WD | 2/6/2023 | $506.95 | WF-0191 |
| 113 | WD | 2/2/2023 | $506.95 | WF-0191 |
| 114 | WD | 1/30/2023 | $500.00 | WF-0191 |
| 115 | WD | 1/30/2023 | $500.00 | WF-0191 |
| 116 | WD | 1/30/2023 | $506.95 | WF-0191 |
| 117 | WD | 1/30/2023 | $506.95 | WF-0191 |
| 118 | 1569 | 1/30/2023 | $1,500.00 | WF-0191 |
| 119 | Zelle | 1/30/2023 | $300.00 | WF-0191 |
| 120 | WD | 1/26/2023 | $506.95 | WF-0191 |
| 121 | 1716 | 1/18/2023 | $1,100.00 | WF-0191 |
| 122 | WD | 1/17/2023 | $2,000.00 | WF-0191 |

| 123 | 1699 | 1/13/2023 | $300.00 | WF-0191 |
|-----|------|-----------|---------|---------|
| 124 | WD | 1/9/2023 | $506.95 | WF-0191 |
| 125 | WD | 1/6/2023 | $506.95 | WF-0191 |
| 126 | WD | 1/6/2023 | $506.95 | WF-0191 |
| 127 | 1554 | 12/31/2022 | $1,500.00 | WF-0191 |
| 128 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 129 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 130 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 131 | WD | 12/12/2022 | $506.95 | WF-0191 |
| 132 | WD | 12/6/2022 | $6,300.00 | WF-0191 |
| 133 | WD | 11/28/2022 | $506.95 | WF-0191 |
| 134 | WD | 11/28/2022 | $506.95 | WF-0191 |
| 135 | WD | 11/25/2022 | $506.95 | WF-0191 |
| 136 | WD | 11/16/2022 | $300.00 | WF-0191 |
| 137 | WD | 10/31/2022 | $506.95 | WF-0191 |
| 138 | WD | 10/24/2022 | $506.95 | WF-0191 |
| 139 | WD | 10/24/2022 | $506.95 | WF-0191 |
| 140 | WD | 10/24/2022 | $106.95 | WF-0191 |
| 141 | WD | 10/24/2022 | $150.00 | WF-0191 |
| 142 | WD | 10/14/2022 | $506.95 | WF-0191 |
| 143 | WD | 10/11/2022 | $506.95 | WF-0191 |
| 144 | 1522 | 10/8/2022 | $1,500.00 | WF-0191 |
| 145 | WD | 10/7/2022 | $506.95 | WF-0191 |
| 146 | WD | 10/7/2022 | $506.95 | WF-0191 |
| 147 | WD | 10/3/2022 | $506.95 | WF-0191 |
| 148 | WD | 10/3/2022 | $506.95 | WF-0191 |
| 149 | WD | 9/19/2022 | $506.95 | WF-0191 |
| 150 | WD | 9/12/2022 | $506.95 | WF-0191 |
| 151 | WD | 8/29/2022 | $506.95 | WF-0191 |
| 152 | WD | 8/22/2022 | $506.95 | WF-0191 |
| 153 | Zelle | 8/22/2022 | $500.00 | WF-0191 |
| 154 | WD | 8/19/2022 | $500.00 | WF-0191 |
| 155 | Zelle | 8/15/2022 | $500.00 | WF-0191 |
| 156 | WD | 8/8/2022 | $500.00 | WF-0191 |
| 157 | WD | 8/5/2022 | $1,006.95 | WF-0191 |
| 158 | Zelle | 7/28/2022 | $500.00 | WF-0191 |
| 159 | WD | 7/21/2022 | $506.95 | WF-0191 |
| 160 | WD | 7/21/2022 | $506.95 | WF-0191 |
| 161 | WD | 7/18/2022 | $506.95 | WF-0191 |
| 162 | 1455 | 6/29/2022 | $4,000.00 | WF-0191 |
| 163 | WD | 6/27/2022 | $500.00 | WF-0191 |
| 164 | Zelle | 6/21/2022 | $1,000.00 | WF-0191 |
| 165 | Zelle | 6/13/2022 | $1,500.00 | WF-0191 |
| 166 | WD | 6/10/2022 | $506.95 | WF-0191 |

| 167 | Zelle | 6/7/2022 | $1,000.00 | WF-0191 |
| 168 | WD | 6/6/2022 | $1,006.95 | WF-0191 |
| 169 | WD | 6/6/2022 | $506.95 | WF-0191 |
| 170 | 1440 | 5/31/2022 | $1,500.00 | WF-0191 |
| 171 | Zelle | 5/25/2022 | $1,500.00 | WF-0191 |
| 172 | Zelle | 5/13/2022 | $500.00 | WF-0191 |
| 173 | Zelle | 5/12/2022 | $1,500.00 | WF-0191 |
| 174 | WD | 5/9/2022 | $500.00 | WF-0191 |
| 175 | WD | 5/2/2022 | $1,000.00 | WF-0191 |
| 176 | WD | 4/7/2022 | $1,006.95 | WF-0191 |
| 177 | Zelle | 4/6/2022 | $1,600.00 | WF-0191 |
| 178 | WD | 4/4/2022 | $1,006.95 | WF-0191 |
| 179 | WD | 3/21/2022 | $1,000.00 | WF-0191 |
| 180 | WD | 3/8/2022 | $203.00 | WF-0191 |
| 181 | WD | 3/8/2022 | $203.00 | WF-0191 |
| 182 | WD | 3/7/2022 | $1,000.00 | WF-0191 |
| 183 | WD | 3/7/2022 | $506.95 | WF-0191 |
| 184 | WD | 3/2/2022 | $102.99 | WF-0191 |
| 185 | 1208 | 2/9/2022 | $5,000.00 | WF-0191 |
| 186 | WD | 2/7/2022 | $1,006.95 | WF-8956 |
| 187 | WD | 1/31/2022 | $506.95 | WF-0191 |
| 188 | WD | 1/31/2022 | $506.95 | WF-0191 |
| 189 | Zelle | 12/20/2021 | $2,000.00 | WF-0191 |
| 190 | Zelle | 11/26/2021 | $570.00 | WF-0191 |
| 191 | WD | 11/24/2021 | $506.95 | WF-0191 |
| 192 | Zelle | 11/24/2021 | $320.00 | WF-0191 |
| 193 | Zelle | 11/23/2021 | $60.00 | WF-0191 |
| 194 | Zelle | 11/22/2021 | $30.00 | WF-0191 |
| 195 | Zelle | 11/22/2021 | $230.00 | WF-0191 |
| 196 | Zelle | 11/22/2021 | $40.00 | WF-0191 |
| 197 | Zelle | 11/22/2021 | $260.00 | WF-0191 |
| 198 | Zelle | 11/19/2021 | $130.00 | WF-0191 |
| 199 | Zelle | 11/15/2021 | $280.00 | WF-0191 |
| 200 | Zelle | 11/15/2021 | $150.00 | WF-0191 |
| 201 | Zelle | 11/15/2021 | $62.00 | WF-0191 |
| 202 | Zelle | 11/9/2021 | $280.00 | WF-0191 |
| 203 | Zelle | 11/4/2021 | $220.00 | WF-0191 |
| 204 | Zelle | 11/1/2021 | $260.00 | WF-0191 |
| 205 | Zelle | 11/1/2021 | $100.00 | WF-0191 |
| 206 | Zelle | 11/1/2021 | $650.00 | WF-0191 |
| 207 | Zelle | 10/25/2021 | $220.00 | WF-0191 |
| 208 | Zelle | 10/25/2021 | $20.00 | WF-0191 |
| 209 | WD | 10/21/2021 | $506.95 | WF-0191 |
| 210 | 1207 | 10/21/2021 | $1,500.00 | WF-0191 |

| 211 | Zelle | 10/21/2021 | $193.00 | WF-0191 |
| 212 | Zelle | 10/19/2021 | $160.00 | WF-8956 |
| 213 | Zelle | 10/15/2021 | $260.00 | WF-0191 |
| 214 | WD | 10/12/2021 | $506.95 | WF-0191 |
| 215 | WD | 10/8/2021 | $2,000.00 | WF-8956 |
| 216 | WD | 10/6/2021 | $500.00 | WF-0191 |
| 217 | Zelle | 10/4/2021 | $200.00 | WF-0191 |
| 218 | Zelle | 10/4/2021 | $250.00 | WF-0191 |
| 219 | Zelle | 10/4/2021 | $600.00 | WF-8956 |
| 220 | Zelle | 10/1/2021 | $200.00 | WF-0191 |
| 221 | Zelle | 9/29/2021 | $165.00 | WF-0191 |
| 222 | WD | 9/27/2021 | $506.95 | WF-0191 |
| 223 | Zelle | 9/27/2021 | $220.00 | WF-0191 |
| 224 | Zelle | 9/24/2021 | $220.00 | WF-8956 |
| 225 | WD | 9/20/2021 | $1,006.95 | WF-0191 |
| 226 | WD | 9/20/2021 | $506.95 | WF-0191 |
| 227 | Zelle | 9/20/2021 | $905.00 | WF-8956 |
| 228 | WD | 9/13/2021 | $306.95 | WF-0191 |
| 229 | WD | 9/7/2021 | $206.95 | WF-0191 |
| 230 | WD | 9/7/2021 | $206.95 | WF-0191 |
| 231 | WD | 9/7/2021 | $306.95 | WF-0191 |
| 232 | WD | 9/7/2021 | $300.00 | WF-8956 |
| 233 | WD | 8/23/2021 | $306.95 | WF-0191 |
| 234 | WD | 8/13/2021 | $1,500.00 | WF-0191 |
| 235 | Zelle | 8/12/2021 | $306.95 | WF-0191 |
| 236 | Zelle | 6/1/2021 | $500.00 | WF-0191 |
| 237 | Elec | 5/19/2021 | $1,400.00 | WF-0191 |
| 238 | Zelle | 5/10/2021 | $500.00 | WF-0191 |
| 239 | WD | 4/26/2021 | $306.95 | WF-0191 |
| 240 | WD | 4/19/2021 | $106.95 | WF-0191 |
| 241 | WD | 4/12/2021 | $506.95 | WF-0191 |
| 242 | WD | 3/8/2021 | $206.95 | WF-0191 |
| 243 | WD | 3/1/2021 | $100.00 | WF-0191 |
| 244 | 1093 | 2/26/2021 | $1,300.00 | WF-0191 |
| 245 | WD | 2/22/2021 | $506.95 | WF-0191 |
| 246 | 1079 | 2/1/2021 | $1,000.00 | WF-0191 |
| 247 | Zelle | 1/29/2021 | $500.00 | WF-0191 |
| 248 | Zelle | 1/21/2021 | $500.00 | WF-0191 |
| 249 | WD | 1/15/2021 | $5,000.00 | WF-8956 |
| 250 | Zelle | 1/12/2021 | $200.00 | WF-0191 |
| 251 | WD | 1/11/2021 | $500.00 | WF-0191 |
| 252 | 1054 | 12/28/2020 | $1,300.00 | WF-0191 |
| 253 | WD | 12/21/2020 | $506.95 | WF-0191 |
| 254 | Zelle | 12/18/2020 | $500.00 | WF-0191 |

| | | | | |
|---|---|---|---|---|
| 255 | Zelle | 12/18/2020 | $500.00 | WF-0191 |
| 256 | Zelle | 12/7/2020 | $1,000.00 | WF-8956 |
| 257 | WD | 11/23/2020 | $206.95 | WF-0191 |
| 258 | WD | 11/23/2020 | $206.95 | WF-0191 |
| 259 | WD | 11/23/2020 | $506.95 | WF-0191 |
| 260 | Zelle | 11/17/2020 | $250.00 | WF-0191 |
| 261 | Elec | 11/12/2020 | $500.00 | WF-8956 |
| 262 | Zelle | 11/2/2020 | $1,000.00 | WF-0191 |
| 263 | Zelle | 10/27/2020 | $400.00 | WF-8956 |
| 264 | WD | 9/24/2020 | $500.00 | WF-0191 |
| 265 | Elec | 9/8/2020 | $300.00 | WF-8956 |
| 266 | Elec | 7/2/2020 | $1,100.00 | WF-8956 |
| 267 | Zelle | 6/22/2020 | $200.00 | WF-8956 |
| 268 | Zelle | 6/22/2020 | $200.00 | WF-8956 |
| 269 | Zelle | 6/19/2020 | $200.00 | WF-8956 |
| 270 | Zelle | 6/17/2020 | $200.00 | WF-8956 |
| 271 | Zelle | 6/16/2020 | $500.00 | WF-0191 |
| 272 | Zelle | 4/14/2020 | $2,500.00 | WF-8956 |
| 273 | Zelle | 4/10/2020 | $2,000.00 | WF-8956 |

**4-Year Total     $200,027.14**

## Henry Deaza

| | Elec[11] | Date | Amount | From Acct#[12] |
|---|---|---|---|---|
| 1 | Elec | 12/14/2023 | $10,000.00 | WF-8956 |

## Capital One

| | Elec[13] | Date | Amount | From Acct#[14] |
|---|---|---|---|---|
| 1 | Elec | 11/10/2023 | $551.00 | WF-0191 |
| 2 | Elec | 10/10/2023 | $541.00 | WF-0191 |
| 3 | Elec | 9/11/2023 | $569.00 | WF-0191 |

[11] "Elec" refers to electronic payments from Debtor's account(s).
[12] "WF-8956" refers to Debtor's bank account at Wells Fargo Bank, Account No. 5456548956.
[13] "Elec" refers to electronic payments from Debtor's account(s).
[14] "WF-0191" refers to Debtor's bank account at Wells Fargo Bank, Account No. 3787360191.

| | | | | |
|---|---|---|---|---|
| 4 | Elec | 8/10/2023 | $516.00 | WF-0191 |
| 5 | Elec | 7/10/2023 | $408.00 | WF-0191 |
| 6 | Elec | 6/12/2023 | $331.00 | WF-0191 |
| 7 | Elec | 5/10/2023 | $268.00 | WF-0191 |
| 8 | Elec | 4/10/2023 | $207.00 | WF-0191 |
| 9 | Elec | 3/10/2023 | $96.00 | WF-0191 |
| 10 | Elec | 2/10/2023 | $178.00 | WF-0191 |
| 11 | Elec | 1/13/2023 | $8,000.00 | WF-0191 |
| 12 | Elec | 1/11/2023 | $263.00 | WF-0191 |
| 13 | Elec | 12/12/2022 | $246.00 | WF-0191 |
| 14 | Elec | 11/14/2022 | $236.00 | WF-0191 |
| 15 | Elec | 10/11/2022 | $172.00 | WF-0191 |
| 16 | Elec | 9/12/2022 | $113.00 | WF-0191 |
| 17 | Elec | 8/11/2022 | $130.00 | WF-0191 |
| 18 | Elec | 7/18/2022 | $5,411.05 | WF-0191 |
| 19 | Elec | 7/12/2022 | $131.00 | WF-0191 |
| 20 | Elec | 6/13/2022 | $159.00 | WF-0191 |
| 21 | Elec | 5/16/2022 | $6,779.53 | WF-0191 |
| 22 | Elec | 5/11/2022 | $141.00 | WF-0191 |
| 23 | Elec | 4/12/2022 | $93.00 | WF-0191 |
| 24 | Elec | 3/11/2022 | $124.00 | WF-0191 |
| 25 | Elec | 3/9/2022 | $5,829.00 | WF-0191 |
| 26 | Elec | 2/11/2022 | $154.00 | WF-0191 |
| 27 | Elec | 1/11/2022 | $6,900.00 | WF-0191 |
| 28 | Elec | 12/10/2021 | $186.00 | WF-0191 |
| 29 | Elec | 11/11/2021 | $113.00 | WF-0191 |
| 30 | Elec | 10/12/2021 | $80.00 | WF-0191 |
| 31 | Elec | 9/7/2021 | $6,013.83 | WF-0191 |
| 32 | Elec | 9/132021 | $128.00 | WF-0191 |
| 33 | Elec | 8/11/2021 | $79.00 | WF-0191 |
| 34 | Elec | 7/10/2021 | $49.00 | WF-0191 |
| 35 | Elec | 6/11/2021 | $159.00 | WF-0191 |
| 36 | Elec | 5/17/2021 | $3,826.89 | WF-0191 |
| 37 | Elec | 5/11/2021 | $127.00 | WF-0191 |
| 38 | Elec | 4/12/2021 | $155.00 | WF-0191 |
| 39 | Elec | 4/6/2021 | $5,000.00 | WF-0191 |
| 40 | Elec | 3/11/2021 | $118.00 | WF-0191 |
| 41 | Elec | 2/11/2021 | $153.00 | WF-0191 |
| 42 | Elec | 2/2/2021 | $3,000.00 | WF-0191 |
| 43 | Elec | 1/12/2021 | $130.00 | WF-0191 |
| 44 | Elec | 12/112020 | $105.00 | WF-0191 |
| 45 | Elec | 11/12/2020 | $89.00 | WF-0191 |
| 46 | Elec | 10/13/2020 | $86.00 | WF-0191 |
| 47 | Elec | 9/11/2020 | $79.00 | WF-0191 |

| 48 | Elec | 8/11/2020 | $131.00 | WF-0191 |
| 49 | Elec | 7/28/2020 | $3,000.00 | WF-0191 |
| 50 | Elec | 7/13/2020 | $124.00 | WF-0191 |
| 51 | Elec | 7/13/2020 | $2,000.00 | WF-0191 |
| 52 | Elec | 6/11/2020 | $137.00 | WF-0191 |
| 53 | Elec | 6/5/2020 | $3,000.00 | WF-0191 |
| 54 | Elec | 5/12/2020 | $122.00 | WF-0191 |
| 55 | Elec | 4/13/2020 | $97.00 | WF-0191 |

**4-Year Total    $66,834.30**